UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DELAWARE LIFE INSURANCE COMPANY, )<br>    Plaintiff/Counter-Defendant    )<br>    )<br>-v-    )<br>    )<br>RANDALL GENTRY ET AL.,    )<br>    Defendant/Counter-Claimant/    )<br>    Cross-Claimant.    )<br>_____) | No. 1:17-cv-260<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the accompanying order entered on this date (ECF No. 21), the provisions of which are incorporated herein, and pursuant to Fed. R. Civ. P. 55(b)(2) and 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: June 22, 2017            /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge